753 A.2d 713

IN THE MATTER OF MARK D. CUBBERLY,
AN ATTORNEY AT LAW.

June 30, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 98–181 and 98–228, concluding that **MARK D. CUBBERLY** of **TRENTON**, who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that **MARK D. CUBBERLY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.